722

■ BANK OF UTICA, Respondent, v. R. E. MORSE, Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before November 16, 1959.

■ CONSTANCE MILLS, Appellant, v. EVERETT R. MONTANA et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ BUFFALO SAVINGS BANK, Plaintiff, v. BEVERLY VICTORY et al., Defendants.— Motion granted to extent that Erie County Savings Bank may file brief *amicus curiæ*; otherwise motion denied.

■ In the Matter of UPSTATE TRUCKING, Petitioner. ISADORE LUBIN, Industrial Commissioner, Respondent.— Motion granted and proceeding dismissed, without costs.

■ SOL BLUMIN et al., Appellants, v. ST. PAUL MERCURY INDEMNITY CO. et al., Respondents.— Motion granted and appeal dismissed, without costs.

■ HOWARD A. WHEELER, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted and appeal dismissed, without costs.

■ FRANCES L. MERCKENS, Appellant, v. THEODORE H. MERCKENS, Respondent.— Motion granted and stay, as continued in order appealed from, continued as to $100,000 only, pending hearing and determination of appeal.

■ In the Matter of ROBERT E. FISCHER, as Special Assistant Attorney-General, for an Order Pursuant to Section 657 of the Judiciary Law.— Motion granted.

■ ADRIAN J. WESTBROCK, Respondent, v. MABELLE ROBB et al., Appellants.— Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ EDITH BLAIR, Appellant, v. CENTRAL GREYHOUND LINES, INC., of N. Y., Respondent.— Motion granted to appeal on original and five typewritten copies of record and brief.

■ WILLIAM F. MARTIN, as Director of Public Welfare of the Monroe County Welfare District, Respondent, v. RONALD C. ZINN, Appellant.— Motion granted and order dismissing appeal vacated, on condition typewritten records and briefs are filed and served on or before December 1, 1959.

■ DONALD CAMPELL et al., Respondents, v. NEW YORK TELEPHONE CO., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before December 1, 1959.

■ GEORGE M. HICKS, Respondent, v. ERIE RAILROAD CO., Appellant.— Motion granted and order dismissing appeal vacated.

■ AUGUST VETRANO, as Administratrix of the Estate of FRANCIS VETRANO, Deceased, Appellant, v. CITY OF UTICA, Respondent.— Motion granted to vacate order of dismissal, on condition appellant's brief is filed and served on or before November 4, 1959.

■ JAMES P. SMITH, Appellant, v. NORMAN C. ELLER, Respondent. BETTY SMITH, Appellant, v. NORMAN C. ELLER, Respondent.— Appeal dismissed unless printed briefs are filed and served on or before December 1, 1959.

■ In the Matter of COVERALL SERVICE & SUPPLY, INC., Appellant, against VINCENT C. MANZELLA et al., Respondents.— Motion granted and order dismissing appeal vacated.

■ ALBERT R. SANTUCCI, Appellant, v. TERRANCE BUTTERWORTH et al., Respondents.— Motion granted and order entered September 11, 1959 amended to provide that appeal may be prosecuted on original copy of transcript of stenographer's minutes, original and five typed copies of judgment roll, five typed briefs.